THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

|  |  |  |
|---|---|---|
| **DANYELA RADABAUGH** | : | |
| | : | **Case No: 1:21-cv-168** |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | **Judge Matthew W. McFarland** |
| **GRAHAM PACKAGING COMPANY** | : | |
| | : | |
| Defendant. | : | |
| | : | |

## VOLUNTARY STIPULATION OF DISMISSAL OF CLAIMS WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, it is hereby stipulated and agreed, by and between Plaintiff Danyela Radabaugh and Defendant Graham Packaging Company, that Plaintiff's claims against Defendant in the above-referenced matter are hereby dismissed with prejudice. All parties shall bear their respective costs and attorneys' fees.

Respectfully submitted,

| | |
|---|---|
| /s/ Bradley L. Gibson | /s/ Stephen J. Fleury by /s/ Bradley L. Gibson per email authorization |
| Bradley L. Gibson (0085196) | Richard L. Hackman |
| Gibson Law, LLC | Stephen J. Fleury |
| 9200 Montgomery Road, Suite 11A | SAXTON & STUMP, LLC |
| Cincinnati, OH 45242 | 280 Granite Run Drive, Suite 300 |
| brad@gibsonemploymentlaw.com | Lancaster, Pennsylvania 17601 |
| 513.834.8254 [T] | 717.556.1000 [T] |
| 513.834.8253 [F] | rlh@saxtonstump.com |
| | sjf@saxtonstump.com |
| *Counsel for Plaintiff* | |
| | Faith C. Whittaker |
| | Dinsmore & Shohl, LLO |
| | 255 E. Fifth Street, Suite 1900 |
| | Cincinnati, OH 45202 |
| | 513.977.8491 [T] |
| | Faith.whittaker@dinsmore.com |
| | |
| | *Counsel for Defendant* |

1

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on all counsel of record in the above-referenced matter via the Court's ECF System this 5th day of January 2022.

/s/ Bradley L. Gibson
Bradley L. Gibson (0085196)